# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00559-CV

### In re Tiffany Ruoff

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's emergency motion for temporary relief is also denied.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: November 16, 2021